# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2005

127457

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

MICHAEL BART MILESKI,
          Defendant-Appellee.

SC: 127457
COA: 248038
Calhoun CC: 02-003738-FC

_____/

On order of the Court, leave to appeal was granted, 472 Mich 927 (2005).  It now appears to this Court that the cases of *Davis v Washington*, __ US __; __ S Ct __; __ L Ed 2d __; 74 USLW 3272; 2005 WL 1671669; 2005 US LEXIS 7859 (October 31, 2005), and *Hammon v Indiana*, __ US __; __ S Ct __; __ L Ed 2d __; 74 USLW 3272; 2005 WL 1914510; 2005 US LEXIS 7860 (October 31, 2005), are pending before the United States Supreme Court and that the decisions in those cases may resolve an issue raised in the present case.  We ORDER that this case be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2005

_____
Clerk

p1114